BILLY J. WILLIAMS, OSB #901366
Acting United States Attorney
District of Oregon
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1060
Facsimile Telephone: (503) 727-1187
Internet E-mail Address: kathleen.bickers@usdoj.gov

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:15-CV-01437-AC |
| Plaintiff, | |
| | CONSENT JUDGMENT |
| v. | |
| LYNN HAKALA, | |
| Defendant. | |

The parties to the above action stipulate and consent to the entry of judgment in favor of the United States of America, Plaintiff, and against Lynn Hakala, Defendant, in the sum of $142,816.78 inclusive of $74,774.04 principal, plus accrued interest of $68,042.74 through December 31, 2014, and accruing thereafter to date of judgment at the rate of 8.25 percent per annum. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. This debt shall also be included in the Treasury Offset Program.

Provided, however, that execution shall not issue upon this judgment as long as Defendant, Lynn Hakala, pays to the Department of Justice, through the United States Attorney, 1000 SW Third Avenue, Suite

600, Portland, OR 97204, a minimum monthly payment of at least $100.00 beginning on January 15, 2016, and continuing each and every month thereafter until this judgment is satisfied. However, the amount of this payment shall be subject to annual review and modification.

The parties consent to the entry of a final judgment in this case by a United States Magistrate Judge. This judgment may be entered upon the application of either party.

BILLY J. WILLIAMS
United States Attorney
District of Oregon

KATHLEEN L. BICKERS
Assistant United States Attorney
OSB # 85151
(503) 727-1060
Attorney for Plaintiff United States of America

DATE: 1/19/16

LYNN HAKALA
DATE: 1/4/16

IT IS SO ORDERED this 20th day of January, 2016.

HONORABLE JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE

Consent Judgment                                                    Page 2